UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRANDON GRAHAM, Individually and also on behalf of all similarly situated persons, </br></br>Plaintiffs,</br></br>v.</br></br>CIOX HEALTH, LLC and SSM HEALTH CARE ST. LOUIS,</br></br>Defendants, | Case No. 4:18 CV 266 RWS |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that** the claims of Plaintiff Brandon Graham are **DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of October, 2018.